1
2
3
4
5
6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

MARK THANG; SHARON THANG;
and DOES 1 through 10, inclusive,

        Defendants.

2:06-cv-1368-GEB-KJM

ORDER CONTINUING STATUS
(PRETRIAL SCHEDULING)
CONFERENCE

     The June 21, 2006, Order Setting Status (Pretrial Scheduling) Conference scheduled a status conference in this case to commence at 9:00 a.m. on September 25, 2006, and required the parties to file a joint status report no later than fourteen days prior to the scheduling conference. On September 7, 2006, Plaintiff filed a Status Report in which he states "Defendants were served on August 28, 2006; 20 days to answer will come to an end on September 17, 2006." (Plf.'s Status Report at 2.) To provide Defendants the opportunity to participate in a joint status report, the status conference is rescheduled to commence at 9:00 a.m. on December 18, 2006. In
/////

accordance with the June 21 Order, the parties shall file a joint status report no later than December 4, 2006.[1]

IT IS SO ORDERED.

Dated: September 18, 2006

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] "The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties." June 21 Order at 2 n.1.