UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT N. JOHNSON, | ) | |
| | ) | 2:06-cv-1368-GEB-DAD |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO SHOW CAUSE |
| | ) | AND CONTINUING STATUS |
| MARK THANG; SHARON THANG; and | ) | (PRETRIAL SCHEDULING) |
| DOES 1 through 10, inclusive, | ) | CONFERENCE |
| | ) | |
| Defendants. | ) | |

The September 19, 2006, Order Continuing Status (Pretrial Scheduling) Conference continued the status conference in this case to December 18, 2006, and required the parties to file a joint status report no later than December 4, 2006. The Order further required that a status report be filed regardless of whether a joint report could be procured.[1] Plaintiff filed an untimely status report on

---

[1] As the Order states:

> The failure of one or more of the parties to participate in the preparation of the Joint Status Report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order. In the event a party fails to

(continued...)

1

1  December 5, 2006, and Defendants did not submit a status report.
2          Plaintiff and Defendants are Ordered to Show Cause (OSC) no
3  later than 4:00 p.m. on December 14, 2006, why sanctions should not be
4  imposed under Rule 16(f) of the Federal Rules of Civil Procedure
5  against counsel and/or the parties for the failure to file a timely
6  status report, as ordered.  The written response shall state whether
7  counsel and/or the parties are at fault and whether a hearing is
8  requested on the OSC.[2]  If a hearing is requested, it will be held on
9  February 12, 2007, at 9:00 a.m., just prior to the status conference,
10 which is rescheduled to that date.  In accordance with the
11 requirements set forth in the September 19, 2006, Order, the parties
12 are to file a joint status report no later than January 29, 2007.
13         IT IS SO ORDERED.

Dated:  December 11, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1](...continued)
participate as ordered, the party timely
submitting the status report shall include a
declaration explaining why it was unable to
obtain the cooperation of the other party or
parties.

Order filed September 19, 2006, at 2 n.1.

[2]  "If the fault lies with the attorney, that is where the impact of sanction should be lodged.  If the fault lies with the clients, that is where the impact of the sanction should be lodged."  Matter of Sanction of Baker, 744 F.2d 1438, 1442 (10th Cir. 1984), cert. denied, 471 U.S. 1014 (1985).  Sometimes the faults of attorneys, and their consequences, are visited upon clients.  In re Hill, 775 F.2d 1385, 1387 (9th Cir. 1985).